STATE OF NEW JERSEY v. RAYMOND DIXON.

January 12, 1988.

Petition for certification granted.   (See 220 *N.J.Super.* 550)

STATE OF NEW JERSEY v. STANLEY TUCKER.

January 12, 1988.

Petition for certification denied.

FRANCES SCOTT AND RICHARD SCOTT v. PORFIRIO
A. MARIANO, M.D.

January 12, 1988.

Petition for certification granted.